## Nix lawsuit -- Consent to amend complaint



**Melinda Foster** <mfoster@chattanooga.gov>
To: raynix77@yahoo.com
Cc: Phil Noblett <pnoblett@chattanooga.gov>

Mr. Nix,

This email is to confirm our telephone conversation yesterday afternoon. The City of Chattanooga does not object
include the City of Chattanooga rather than the Chattanooga Police Department as a defendant.

Melinda Foster
Assistant City Attorney
100 East 11th Street, Suite 200
Chattanooga, TN 37402
(423) 643-8245

FILED

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga



Search your mailbox     Account Info ⌄     Go

Inbox          Contacts          Notepad          Calendar

Delete     Spam     Actions ⌄     Apply

**Inbox** 1
Drafts 91
Sent
Archive
Spam
Trash

Folders          Edit   Hide
New folder
Drafts
Outbox
Sears Tire receipt April 4 2015

Compose

Google Chrom     Download Chrome

### Re: Nix lawsuit -- Consent to amend complaint

Sep 22 at 3:39 PM

**Melinda Foster**  <mfoster@chattanooga.gov>
To Ray Nix <raynix77@yahoo.com>

You're welcome.

On Tue, Sep 22, 2020 at 3:19 PM Ray Nix <                    > wrote:
**Thank you.**

On Tuesday, September 22, 2020, 03:12:47 PM EDT, Melinda Foster
<                    > wrote:

Certainly. Thank you for asking.

On Tue, Sep 22, 2020 at 3:09 PM Ray Nix <                    > wrote:
Melinda I want to be a man of my word and I had told you when
you asked if that's all I will change is deleting chat. Police Dept
and changing it to City of Chattanooga I said yes, and you said
ok, (as per your below email), can I also change the adress of the
officers as you said in you ANSWER it should be the same as
Police Dept.

Thanks, Ray

On Tuesday, September 22, 2020, 10:52:14 AM EDT, Melinda Foster
<                    > wrote:

Mr. Nix,

This email is to confirm our telephone conversation yesterday afternoon.
The City of Chattanooga does not object to your amending your First
Amended Complaint to include the City of Chattanooga rather than the
Chattanooga Police Department as a defendant.

Melinda Foster
Assistant City Attorney
100 East 11th Street, Suite 200
Chattanooga, TN  37402
(423) 643-8245

--
Melinda Foster
Assistant City Attorney
100 East 11th Street, Suite 200

Export PDF

https://mail.yahoo.com/b/folders/1/messages/AL1a0LIDHKQwX2pS6g1WEH-1  S0?.src=ym&reason=unsup...     9/22/2020