To the Court,

1) Please find email correspondence between I Ray Nix the Plaintiff & the defendants attorney giving me consent to amend the complaint to remove Chattanooga Police Dept & replace with City of Chattanooga, TN, & permission to change addresses to all defendants (Police officers)

2) You will then find the 2nd amended complaint with the changes

3) You will also find the new summons forms asking for new summons to be issued please. The processor told me he delivered them right (to Liasons office) but evidently not

4) <u>Note:</u> The defendants & attorney when they responded to the previous complaint in their answer they said summons weren't served properly as well as one defendant (Chattanooga Police Dept.) was not proper but should have been City of Chattanooga, so defendants counsel gave consent for me to correct my mistakes.

THANK YOU VERY MUCH,
ILE (RAY) NIX


RECEIVED
Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga