UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| ILE RAY NIX, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | No. 1:20-CV-224 |
| v. ) | |
| ) | Judge Collier |
| CITY OF CHATTANOOGA, *et al*., ) | |
| ) | |
| *Defendants.* ) | |

**ORDER**

Before the Court are cross motions for summary judgment by Defendants and Plaintiff. On May 14, 2021, Defendants filed a motion for summary judgment on all of Plaintiff's claims. (Doc. 41.) Plaintiff, Ile Ray Nix, filed this action against Defendants, the City of Chattanooga ("City"), Sergeant Michael Joiner ("Sgt. Joiner"), Officer Leslie N. Corbin ("Officer Corbin"), Officer Bobby J. Moses, Jr ("Officer Moses"), and Officer Matthew Puglise ("Officer Puglise"), in their official and individual capacities, asserting claims for a deprivation of civil rights in violation of his First, Fourth, and Fourteenth Amendments (pursuant to 42 U.S.C. § 1983). (Doc. 18.)

On May 26, 2021, Plaintiff responded in opposition. (Doc. 47.) Plaintiff then filed his motion for summary judgment on May 17, 2021 (Doc. 20), and Defendants responded in opposition on June 7, 2021. (Doc. 49.) Neither party filed a reply to the other's motion. This Court will address both motions for summary judgment together.

For the reasons articulated in the accompanying memorandum, the Court **DENIES** Plaintiff's motion for summary judgment (Doc. 44). This Court **GRANTS** Defendants' motion for summary judgment (Doc. 41) as follows:

(1) The Court **DISMISSES** all claims against Sgt. Joiner, Officer Corbin, Officer Moses, and Officer Puglise in their official capacities;

(2) The Court **GRANTS** qualified immunity to Sgt. Joiner, Officer Corbin, Officer Moses, and Officer Puglise in their individual capacities and **DISMISSES** all claims against them;

(3) The Court **GRANTS** Defendants' motion for summary judgment on Plaintiff's 42 U.S.C. § 1983 claims against the City and **DISMISSES** all claims against them;

(4) The Court **DISMISSES** Plaintiff's emotional distress claim; and

(5) The Court **GRANTS** the City, Sgt. Joiner, Officer Corbin, Officer Moses and Officer Puglise summary judgment as to punitive damages.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**