UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

ILE RAY NIX, )
 )
    *Plaintiff,* )
 ) No. 1:20-CV-224
v. )
 ) Judge Collier
CITY OF CHATTANOOGA, *et al.*, )
 )
    *Defendants.* )

## JUDGMENT ORDER

As articulated in the Court's Order dated December 1, 2021, (Doc. 54), the Court **DENIED** Plaintiff's motion for summary judgment (Doc. 44). The Court **GRANTED** Defendants' motion for summary judgment (Doc. 41) as follows:

(1) The Court **DISMISSED** all claims against Sgt. Joiner, Officer Corbin, Officer Moses, and Officer Puglise in their official capacities;

(2) The Court **GRANTED** qualified immunity to Sgt. Joiner, Officer Corbin, Officer Moses, and Officer Puglise in their individual capacities and **DISMISSED** all claims against them;

(3) The Court **GRANTED** Defendants' motion for summary judgment on Plaintiff's 42 U.S.C. § 1983 claims against the City and **DISMISSED** all claims against them;

(4) The Court **DISMISSED** Plaintiff's emotional distress claim; and

(5) The Court **GRANTED** the City, Sgt. Joiner, Officer Corbin, Officer Moses and Officer Puglise summary judgment as to punitive damages.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT

s/ *LeAnna R. Wilson*

CLERK OF COURT